[No. 8091–5–II.   Division Two.   February 13, 1986.]

BÁRBARA NÉVES, *Individually, as Personal Representative, and as Guardian ad Litem, Petitioner,* v. THE DEPARTMENT OF TRANSPORTATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 83–2–00421–5, David R. Draper, J., entered February 29, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7621–7–II.   Division Two.   February 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDELL DEE CHEVURANT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–1–00106–2, Leonard W. Kruse, J., entered February 27, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7263–1–III.   Division Three.   February 13, 1986.]

LAKE CINEMA ASSOCIATES, ET AL, *Appellants,* v. THE CITY OF MOSES LAKE, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 82–2–00246–8, Clinton J. Merritt, J., entered July 17, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.